IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLYE EDEN, next of kin of Matthew Eden, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. CIV-13-1316-L<br>) |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## **O R D E R**

This matter is before the court on a Report and Recommendation issued by the Honorable Shon T. Erwin on January 27, 2014, which recommended that plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) be denied. No party has objected to the Report and Recommendation within the time limits prescribed. In addition, the court file shows plaintiff paid the filing fee in full on January 31, 2014. The Report and Recommendation (Doc. No. 7) is therefore approved and adopted in its entirety. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is DENIED as moot.

It is so ordered this 12th day of February, 2014.

*Tim Leonard*
TIM LEONARD
United States District Judge